ACCEPTED
15-25-00040-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:17 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-25-00040-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 2:17:44 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

## DISRAELI ARNOLD
## (ON BEHALF OF FATHER CURTIS ARNOLD, JUNIOR AND DAUGHTER FAITH ARNOLD OF THE DECEASED),

*Appellants,*

v.

## SHERIFF MIKE GRIFFIS, ECTOR COUNTY SHERIFF'S OFFICE, NURSE ROBIN MCCULLOUGH AND NURSE SHELLY JAMES,

*Appellees.*

ON APPEAL FROM THE 70TH JUDICIAL DISTRICT COURT
OF ECTOR COUNTY, TEXAS – CAUSE NO. A24101194CV-A

## NOTICE OF APPEARANCE

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Please take notice that Steven C. Kiser and Randall L. Rouse hereby enter this

appearance as counsel for Appellees Sheriff Mike Griffis, Ector County Sheriff's

Office, Nurse Robin McCullough, and Nurse Shelly James ("Appellees") in this appeal.

Copies of all motions, briefs, correspondence, notices and other documents regarding this case should be sent to the following counsel of record for Appellees:

Steven C. Kiser
skiser@lcalawfirm.com
Randall L. Rouse
rrouse@lcalawfirm.com
Lynch, Chappell & Alsup, P. C.
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
(432) 683-2587 Fax

Respectfully submitted,

*/s/ Steven C. Kiser*
Steven C. Kiser
State Bar No. 11538550
skiser@lcalawfirm.com
Randall L. Rouse
State Bar No. 17324300
rrouse@lcalawfirm.com
**Lynch, Chappell & Alsup, P. C.**
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
(432) 683-2587 Fax

Attorneys for Appellees

## Certificate of Service

I hereby certify that on this 5th day of May 2023, the foregoing brief was served upon Appellant pursuant to Tex. R. Civ. P. 21a and was electronically filed with the Clerk of the Court via the Court's electronic filing system.

*/s/ Steven C. Kiser*
Steven C. Kiser

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Steven Kiser on behalf of Steven Kiser
Bar No. 11538550
skiser@lcalawfirm.com
Envelope ID: 100445596
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 5/5/2025 2:47 PM CST

Associated Case Party: ShellyJames

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steven Kiser | 11538550 | skiser@lcalawfirm.com | 5/5/2025 2:17:44 PM | SENT |
| Randall Rouse | 17324300 | rrouse@lcalawfirm.com | 5/5/2025 2:17:44 PM | SENT |
| Veronica Armendariz | | VArmendariz@lcalawfirm.com | 5/5/2025 2:17:44 PM | SENT |

Associated Case Party: Disraeli Arnold

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Disraeli Arnold | | Cantstopdiz@gmail.com | 5/5/2025 2:17:44 PM | SENT |